1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4  (510) 637-3500

5  Counsel for Defendant AMARO GAMARRA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. CR 09-00312 DLJ |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | **CONTINUING CHANGE OF PLEA** |
| ) | **DATE; EXCLUSION OF TIME** |
| ) | |
| JORGE AMARO GAMARRA, ) | |
| ) | |
| Defendant. ) | |

**STIPULATION**

IT IS HEREBY STIPULATED, by and between the parties to this action, that the change of plea date for Jorge Amaro Gamarra, currently scheduled for Friday, April 24, 2009, at 9:00 a.m. before Honorable D. Lowell Jensen, may be continued one week to Friday, May 1, 2009 at 9:00 a.m. for change of plea. The reason for the continuance is that defense counsel needs additional time to have a contact visit with Mr. Amaro Gamarra, with the assistance of an interpreter, to review the plea agreement prior to the Court hearing. Should the Court continue the change of plea to May 1, 2009, it will allow counsel sufficient time to meet with Mr. Amaro Gamarra and review the

agreement with him prior to the next court date. The parties stipulate that the time from April 24, 2009 to May 1, 2009 should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel so that counsel can continue its investigation and meet with Mr. Amaro Gamarra with an interpreter to review the plea agreement.

DATED: April 22, 2009             /s/
                                  JOYCE LEAVITT
                                  Attorney for Jorge Amaro Gamarra


DATED: April 22, 2009             /s/
                                  WADE RHYNE
                                  Assistant United States Attorney


    I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature (/s/) within this e-filed document.

# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the change of plea date in this case, currently scheduled for Friday, April 24, 2009 before Honorable D. Lowell Jensen, is hereby continued to Friday, May 1, 2009, at 9:00 a.m. for change of plea.

IT IS FURTHER ORDERED that the time from April 24, 2009 to May 1, 2009, is hereby excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel so that defense counsel can meet with her client with the assistance of an interpreter and review the plea agreement. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED:     April 22, 2009

_____
HONORABLE D. LOWELL JENSEN
United States District Judge