1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4  (510) 637-3500

5  Counsel for Defendant AMARO GAMARRA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. CR 09-00312 DLJ |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | **CONTINUING SENTENCING** |
| ) | |
| ) | |
| JORGE AMARO GAMARRA, ) | |
| ) | |
| Defendant. ) | |

**STIPULATION**

IT IS HEREBY STIPULATED, by and between the parties to this action, that the sentencing for Jorge Amaro Gamarra, currently scheduled for Friday, June 12, 2009 at 10:00 a.m. before Honorable D. Lowell Jensen, may be continued two weeks to Friday, June 26, 2009 at 10:00 a.m. The reason for the continuance is that defense counsel needs additional time to have a contact visit with Mr. Amaro Gamarra, with the assistance of an interpreter, to review the final presentence report prior to sentencing. Should the Court continue the sentencing to June 26, 2009, it will allow counsel sufficient time to meet with Mr. Amaro Gamarra to review the pre-sentence report prior to

sentencing. There is no need to exclude time under the provisions of the Speedy Trial Act, because Mr. Amaro Gamarra already has pled guilty in this matter.

DATED: June 10, 2009                       /s/
                                    JOYCE LEAVITT
                                    Attorney for Jorge Amaro Gamarra


DATED: June 10, 2009                       /s/
                                    WADE RHYNE
                                    Assistant United States Attorney

I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature (/s/) within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing date in this case, currently scheduled for Friday, June 10, 2009 before Honorable D. Lowell Jensen, is hereby continued two weeks to Friday, June 26, 2009, at 10:00 a.m. for sentencing.

SO ORDERED.

DATED: June 11, 2009                       /s/
                                    HONORABLE D. LOWELL JENSEN
                                    United States District Judge